# EXHIBIT A

| Date | Time | Incoming number |
|---|---|---|
| 2025-06-20 | 05:11:12 PM | 18288314025 |
| 2025-06-21 | 01:55:14 PM | 12156296299 |
| 2025-06-21 | 02:02:03 PM | 12156296299 |
| 2025-06-21 | 03:32:58 PM | 19432742743 |
| 2025-06-23 | 10:28:03 AM | 19294355550 |
| 2025-06-23 | 01:15:54 PM | 18288314025 |
| 2025-06-23 | 05:11:00 PM | 13122268844 |
| 2025-06-23 | 06:57:09 PM | 13125286761 |
| 2025-06-24 | 12:37:40 PM | 13126375233 |
| 2025-06-25 | 12:21:57 PM | 13477481836 |
| 2025-06-25 | 04:18:52 PM | 13152389341 |
| 2025-06-25 | 04:53:05 PM | 13122143533 |
| 2025-06-25 | 06:46:33 PM | 13124670790 |
| 2025-06-26 | 03:13:49 PM | 12093231162 |
| 2025-06-26 | 03:25:28 PM | 13125384175 |
| 2025-06-27 | 04:05:41 PM | 16307982163 |
| 2025-06-27 | 05:16:12 PM | 13152389379 |
| 2025-06-29 | 08:33:46 PM | 16092334172 |
| 2025-06-30 | 12:50:04 PM | 16093332233 |
| 2025-06-30 | 07:18:16 PM | 16092334172 |
| 2025-07-01 | 10:27:00 AM | 12543290449 |
| 2025-07-01 | 01:43:34 PM | 16092334172 |
| 2025-07-01 | 01:44:15 PM | 16092334172 |
| 2025-07-01 | 01:44:58 PM | 16092334172 |
| 2025-07-01 | 04:26:58 PM | 18573145484 |
| 2025-07-01 | 05:15:44 PM | 13126355116 |
| 2025-07-02 | 12:38:17 PM | 12282885946 |
| 2025-07-02 | 12:38:48 PM | 12282885946 |
| 2025-07-03 | 10:04:06 AM | 18726743771 |
| 2025-07-03 | 02:14:50 PM | 16806009368 |
| 2025-07-07 | 03:02:36 PM | 16096894012 |
| 2025-07-07 | 03:10:13 PM | 16093332233 |
| 2025-07-07 | 05:38:02 PM | 18564028098 |
| 2025-07-08 | 02:23:22 PM | 17755248069 |
| 2025-07-08 | 07:38:42 PM | 13125482857 |
| 2025-07-09 | 11:24:30 AM | 14359005872 |
| 2025-07-09 | 01:07:56 PM | 18068486241 |
| 2025-07-10 | 05:35:16 PM | 18633006144 |
| 2025-07-11 | 01:41:25 PM | 13122143900 |
| 2025-07-11 | 02:05:53 PM | 19046439901 |
| 2025-07-14 | 09:30:56 AM | 12675899761 |
| 2025-07-14 | 01:22:56 PM | 13129970000 |
| 2025-07-14 | 02:06:16 PM | 16095446425 |
| 2025-07-19 | 12:46:02 PM | 16092934150 |

| | | |
|---|---|---|
| 2025-07-22 | 12:05:36 PM | 16094870808 |
| 2025-07-22 | 03:11:01 PM | 16095446430 |
| 2025-07-23 | 01:54:00 PM | 16098521082 |
| 2025-07-24 | 04:20:03 PM | 19738403781 |
| 2025-07-28 | 10:52:24 AM | 16093224485 |
| 2025-07-28 | 11:22:08 AM | 16095446431 |
| 2025-07-28 | 05:01:13 PM | 13128024605 |
| 2025-07-29 | 01:23:34 PM | 16095446415 |
| 2025-07-30 | 05:25:32 PM | 15702045802 |
| 2025-07-30 | 05:27:24 PM | 14752771411 |
| 2025-07-31 | 07:26:44 PM | 12156925745 |
| 2025-08-03 | 03:25:28 PM | 12069220880 |
| 2025-08-04 | 04:46:22 PM | 18728678361 |
| 2025-08-04 | 05:56:57 PM | 13034795871 |
| 2025-08-05 | 10:03:52 AM | 19033372300 |
| 2025-08-05 | 10:56:53 AM | 18568165958 |
| 2025-08-05 | 05:11:20 PM | 17179415995 |
| 2025-08-05 | 07:11:23 PM | 18568165958 |
| 2025-08-06 | 05:44:29 PM | 16674028467 |
| 2025-08-06 | 06:27:32 PM | 12069220880 |
| 2025-08-07 | 05:42:36 PM | 17408866160 |
| 2025-08-08 | 05:41:41 PM | 14409882198 |
| 2025-08-08 | 05:55:39 PM | 17179986188 |
| 2025-08-09 | 02:09:41 PM | 18568165958 |
| 2025-08-11 | 04:29:09 PM | 18623584640 |
| 2025-08-11 | 06:36:13 PM | 13034795871 |
| 2025-08-12 | 09:49:15 AM | 16098610100 |
| 2025-08-12 | 02:04:09 PM | 18045792761 |
| 2025-08-12 | 02:07:20 PM | 18727027120 |
| 2025-08-13 | 05:37:51 PM | 13034795871 |
| 2025-08-14 | 12:45:30 PM | 18567998793 |
| 2025-08-14 | 01:02:24 PM | 18476854479 |
| 2025-08-18 | 10:34:43 AM | 16093412849 |
| 2025-08-19 | 10:05:43 AM | 18475008545 |
| 2025-08-19 | 10:25:27 AM | 16098277535 |
| 2025-08-19 | 04:58:09 PM | 18477802990 |
| 2025-08-19 | 05:17:11 PM | 18582764555 |
| 2025-08-22 | 03:49:06 PM | 18148909645 |
| 2025-08-28 | 08:22:36 PM | 12172798033 |
| 2025-09-03 | 10:15:06 AM | 16468223503 |
| 2025-09-03 | 04:14:09 PM | 12159556180 |
| 2025-09-04 | 01:20:03 PM | 17323387478 |
| 2025-09-04 | 01:25:34 PM | 17323387473 |
| 2025-09-05 | 04:51:25 PM | 17328977926 |
| 2025-09-05 | 05:59:18 PM | 19547586518 |

| | | |
|---|---|---|
| 2025-09-08 | 10:50:14 AM | 12542632142 |
| 2025-09-08 | 07:28:08 PM | 12677109844 |
| 2025-09-10 | 10:51:56 AM | 16096418212 |
| 2025-09-10 | 07:12:32 PM | 13128970758 |
| 2025-09-11 | 06:09:21 PM | 13124811355 |
| 2025-09-12 | 02:32:19 PM | 13123768007 |
| 2025-09-16 | 12:02:10 PM | 14084123128 |
| 2025-09-16 | 02:02:02 PM | 12674418660 |
| 2025-09-16 | 06:13:14 PM | 14084123128 |
| 2025-09-16 | 07:18:59 PM | 14084123128 |
| 2025-09-17 | 02:21:58 PM | 14153225419 |
| 2025-09-17 | 06:06:01 PM | 17048704501 |
| 2025-09-19 | 09:32:21 AM | 16099266710 |
| 2025-09-22 | 03:25:06 PM | 16099269473 |
| 2025-09-22 | 03:27:45 PM | 16099269473 |
| 2025-09-29 | 11:22:27 AM | 16099269473 |
| 2025-09-30 | 08:48:25 AM | 18005722653 |
| 2025-09-30 | 10:56:20 AM | 16099269473 |
| 2025-09-30 | 03:41:13 PM | 16099269473 |
| 2025-10-01 | 09:54:13 AM | 16099267978 |
| 2025-10-03 | 01:24:18 PM | 15632415943 |
| 2025-10-06 | 02:22:07 PM | 13125308634 |
| 2025-10-08 | 01:15:32 PM | 18563936563 |
| 2025-10-10 | 02:43:46 PM | 13132631683 |
| 2025-10-12 | 03:27:57 PM | 16092456968 |
| 2025-10-13 | 07:12:27 PM | 12677109844 |
| 2025-10-14 | 03:31:42 PM | 19174213447 |
| 2025-10-15 | 03:19:53 PM | 17242098702 |
| 2025-10-15 | 03:57:29 PM | 13124493205 |
| 2025-10-15 | 11:28:22 PM | 14084123128 |
| 2025-10-16 | 09:58:07 AM | 16094636666 |
| 2025-10-16 | 10:39:46 AM | 16099267978 |
| 2025-10-20 | 11:52:32 AM | 17172054040 |
| 2025-10-20 | 06:17:19 PM | 18623584640 |
| 2025-10-21 | 10:32:17 AM | 15742299987 |
| 2025-10-21 | 10:57:56 AM | 15742299987 |
| 2025-10-22 | 09:54:07 AM | 12155408888 |
| 2025-10-22 | 09:01:19 PM | 8559815043 |
| 2025-10-23 | 04:05:42 PM | 18568331788 |
| 2025-10-23 | 05:09:42 PM | 13124493177 |
| 2025-10-24 | 05:48:18 PM | 18623584640 |
| 2025-10-26 | 11:03:17 AM | 12677109844 |
| 2025-10-27 | 10:51:49 AM | 16098861619 |
| 2025-10-27 | 01:29:35 PM | 13125441924 |
| 2025-10-28 | 11:11:35 AM | 18003888123 |

| | | |
|---|---|---|
| 2025-10-29 | 10:03:27 AM | 16098861619 |
| 2025-10-29 | 10:10:04 AM | 12159552692 |
| 2025-10-29 | 07:34:36 PM | 18623584640 |
| 2025-10-30 | 05:44:19 PM | 13124493207 |
| 2025-11-03 | 04:32:29 PM | 16038646488 |
| 2025-11-03 | 07:28:53 PM | 12016360430 |
| 2025-11-05 | 01:48:08 PM | 16038646488 |
| 2025-11-07 | 11:54:06 AM | 13125811285 |
| 2025-11-11 | 03:26:27 PM | 16038646488 |
| 2025-11-12 | 07:04:30 PM | 13126694376 |
| 2025-11-14 | 04:57:15 PM | 13312958390 |
| 2025-11-17 | 07:33:54 PM | 8556706696 |
| 2025-11-19 | 01:21:29 PM | 13312958360 |
| 2025-11-20 | 11:34:29 AM | 16092410807 |
| 2025-11-20 | 05:13:30 PM | 13125962876 |
| 2025-11-21 | 10:12:12 AM | 13312958421 |
| 2025-11-21 | 12:29:33 PM | 19085297293 |
| 2025-11-28 | 10:55:23 AM | 12096554105 |
| 2025-11-29 | 10:40:49 AM | 15512608275 |
| 2025-12-12 | 11:25:28 AM | 12155408888 |
| 2025-12-15 | 10:45:56 AM | 13124493213 |
| 2025-12-15 | 11:38:56 AM | 13124493209 |
| 2025-12-15 | 12:56:03 PM | 13124493280 |
| 2025-12-15 | 01:41:23 PM | 13124493209 |
| 2025-12-15 | 02:24:44 PM | 13124493280 |
| 2025-12-15 | 04:07:17 PM | 13124493205 |
| 2025-12-15 | 05:04:50 PM | 13126266914 |
| 2025-12-15 | 07:09:15 PM | 13125308952 |
| 2025-12-15 | 07:38:15 PM | 13123818979 |
| 2025-12-15 | 08:07:08 PM | 13124493205 |
| 2025-12-15 | 08:34:50 PM | 13124493217 |
| 2025-12-15 | 09:22:58 PM | 13125308952 |
| 2025-12-15 | 10:09:47 PM | 13124493213 |
| 2025-12-15 | 10:58:15 PM | 13124493212 |
| 2025-12-15 | 11:47:25 PM | 13124493217 |
| 2025-12-16 | 12:17:18 PM | 13124493212 |
| 2025-12-16 | 01:21:18 PM | 13124493211 |
| 2025-12-16 | 05:16:58 PM | 13124493209 |
| 2025-12-17 | 01:08:41 PM | 16096530980 |
| 2025-12-17 | 03:05:19 PM | 18574025808 |
| 2025-12-18 | 12:20:00 PM | 19514090731 |
| 2025-12-30 | 04:22:09 PM | 18125771649 |
| 2025-12-31 | 02:50:05 PM | 15306370894 |
| 2026-01-04 | 05:42:19 PM | 16092334172 |
| 2026-01-05 | 08:41:04 AM | 16094010939 |

| | | |
|---|---|---|
| 2026-01-05 | 12:54:08 PM | 12727705017 |
| 2026-01-06 | 11:53:30 AM | 16822767304 |
| 2026-01-07 | 09:50:29 AM | 16093985333 |
| 2026-01-07 | 01:18:53 PM | 15304980823 |
| 2026-01-08 | 01:03:08 PM | 18046899793 |
| 2026-01-08 | 01:58:56 PM | 13123365095 |
| 2026-01-12 | 10:57:54 AM | 17247985940 |
| 2026-01-13 | 03:53:22 PM | 15028798566 |
| 2026-01-14 | 11:38:58 AM | 19419319876 |
| 2026-01-15 | 11:44:35 AM | 13128373292 |
| 2026-01-15 | 02:26:00 PM | 13123199281 |
| 2026-01-15 | 04:48:28 PM | 17249206537 |
| 2026-01-16 | 09:45:23 AM | 19708294837 |
| 2026-01-16 | 03:10:07 PM | 13123350010 |
| 2026-01-19 | 02:19:21 PM | 19292701086 |
| 2026-01-20 | 12:28:21 PM | 13128995179 |
| 2026-01-20 | 05:23:21 PM | 15597489684 |
| 2026-01-21 | 12:52:06 PM | 15028797306 |
| 2026-01-22 | 08:59:18 AM | 16038646488 |
| 2026-01-22 | 11:29:18 AM | 16106184133 |
| 2026-01-22 | 01:54:56 PM | 12109776089 |
| 2026-01-23 | 12:40:58 PM | 13124493278 |
| 2026-01-23 | 12:44:13 PM | 18575771611 |
| 2026-01-24 | 05:54:29 PM | 17259005308 |
| 2026-01-26 | 12:11 PM | 826-217-9483 |
| 2026-01-26 | 12:11:33 PM | 18262179483 |
| 2026-01-27 | 9:41 AM | 412-662-5739 |
| 2026-01-27 | 09:41:00 AM | 14126625739 |
| 2026-01-27 | 05:49:00 PM | 13124499792 |
| 2026-01-28 | 1:50 PM | 414-437-3892 |
| 2026-01-28 | 01:50:11 PM | 14144373892 |
| 2026-01-29 | 02:11:54 PM | 16093184626 |
| 2026-01-29 | 4:31 PM | 502-862-1405 |
| 2026-01-29 | 04:31:34 PM | 15028621405 |
| 2026-01-29 | 05:14:09 PM | 16097369997 |
| 2026-01-30 | 10:59:27 AM | 19498766341 |
| 2026-01-30 | 11:23:46 AM | 12155408888 |
| 2026-01-30 | 1:03 PM | 707-606-5793 |
| 2026-02-02 | 11:27 AM | 414-437-8754 |