# EXHIBIT B

| Date | Time | Incoming number |
|---|---|---|
| 2025-01-03 | 12:24 PM | 14842025072 |
| 2025-01-06 | 12:49 PM | 12722203995 |
| 2025-01-09 | 07:07 PM | 16103806000 |
| 2025-01-09 | 03:31 PM | 19083602841 |
| 2025-01-14 | 02:22 PM | 16104190178 |
| 2025-01-15 | 07:01 PM | 14842710073 |
| 2025-01-15 | 05:57 PM | 15403017674 |
| 2025-01-15 | 01:20 PM | 16105936217 |
| 2025-01-16 | 12:19 PM | 16109714740 |
| 2025-01-17 | 12:03 PM | 16104196534 |
| 2025-01-20 | 03:17 PM | 15863027689 |
| 2025-01-20 | 10:14 AM | 16095691900 |
| 2025-01-20 | 12:04 PM | 16104218654 |
| 2025-01-21 | 09:39 AM | 14582790129 |
| 2025-01-21 | 03:48 PM | 16104123028 |
| 2025-01-21 | 06:18 PM | 19283979717 |
| 2025-01-22 | 09:43 AM | 12152974007 |
| 2025-01-22 | 11:20 AM | 14842144964 |
| 2025-01-22 | 03:17 PM | 16104194873 |
| 2025-01-23 | 10:31 AM | 16103701921 |
| 2025-01-24 | 03:02 PM | 12034899556 |
| 2025-01-24 | 11:28 AM | 16104218698 |
| 2025-01-27 | 01:32 PM | 14692579236 |
| 2025-01-27 | 02:17 PM | 16105262413 |
| 2025-01-27 | 03:52 PM | 16106320286 |
| 2025-01-28 | 01:50 PM | 16102343765 |
| 2025-01-28 | 05:18 PM | 16106184940 |
| 2025-01-29 | 06:48 PM | 16106287274 |
| 2025-01-29 | 12:12 PM | 16109200865 |
| 2025-01-30 | 05:50 PM | 16102222836 |
| 2025-01-30 | 12:06 PM | 16102245672 |
| 2025-01-30 | 10:18 AM | 16103504759 |
| 2025-01-31 | 08:40 AM | 16095691900 |
| 2025-01-31 | 02:05 PM | 16106211787 |
| 2025-02-03 | 12:27 PM | 16102950621 |
| 2025-02-04 | 06:29 PM | 14842184633 |
| 2025-02-05 | 04:10 PM | 16105499659 |
| 2025-02-05 | 09:22 AM | 16108814721 |
| 2025-02-06 | 12:01 PM | 16104653786 |
| 2025-02-07 | 10:21 AM | 16108437350 |
| 2025-02-07 | 09:24 AM | 16109192978 |
| 2025-02-10 | 12:59 PM | 12153832096 |
| 2025-02-10 | 04:30 PM | 14849897764 |
| 2025-02-10 | 01:09 PM | 16104800738 |

| | | |
|---|---|---|
| 2025-02-11 | 12:51 PM | 13196746156 |
| 2025-02-11 | 11:20 AM | 16099266700 |
| 2025-02-11 | 04:07 PM | 16099266700 |
| 2025-02-11 | 11:15 AM | 19209755337 |
| 2025-02-12 | 11:00 AM | 14322180938 |
| 2025-02-14 | 04:32 PM | 16109516582 |
| 2025-02-14 | 02:42 PM | 16109516582 |
| 2025-02-18 | 01:49 PM | 12153832005 |
| 2025-02-18 | 04:24 PM | 13606672380 |
| 2025-02-18 | 03:20 PM | 16105895210 |
| 2025-02-24 | 05:53 PM | 12153832101 |
| 2025-02-25 | 01:34 PM | 12242591340 |
| 2025-02-27 | 01:52 PM | 16103656423 |
| 2025-03-01 | 01:25 PM | 16104157958 |
| 2025-03-01 | 02:33 PM | 16104385428 |
| 2025-03-08 | 10:09 AM | 16108995186 |
| 2025-03-10 | 10:33 AM | 13024772508 |
| 2025-03-19 | 03:11 PM | 16103659502 |
| 2025-03-27 | 11:34 AM | 14125241815 |
| 2025-04-01 | 12:07 PM | 14482232396 |
| 2025-04-04 | 02:14 PM | 13028263419 |
| 2025-04-10 | 02:45 PM | 16055503342 |
| 2025-04-14 | 12:13 PM | 14303512637 |
| 2025-04-16 | 04:51 PM | 19862488207 |
| 2025-04-29 | 10:25 AM | 14842030870 |
| 2025-04-29 | 11:44 AM | 16098493600 |
| 2025-05-02 | 09:39 AM | 16098493600 |
| 2025-05-05 | 01:47 PM | 16098493600 |
| 2025-05-07 | 03:49 PM | 12089070364 |
| 2025-05-07 | 01:56 PM | 14842044495 |
| 2025-05-13 | 03:02 PM | 14842046178 |
| 2025-05-13 | 02:14 PM | 16106369895 |
| 2025-05-19 | 10:48 AM | 16098493600 |
| 2025-05-20 | 10:29 AM | 16098493600 |
| 2025-05-22 | 02:26 PM | 16102451733 |
| 2025-05-30 | 06:14 PM | 2486825700 |
| 2025-05-31 | 08:54 AM | 14703448835 |
| 2025-06-02 | 01:24 PM | 16098493600 |
| 2025-06-04 | 02:06 PM | 16098493600 |
| 2025-06-10 | 01:39 PM | 14703390132 |
| 2025-06-10 | 09:35 AM | 16104191895 |
| 2025-06-12 | 10:16 AM | 18563452500 |
| 2025-06-17 | 10:31 AM | 16098493600 |
| 2025-06-24 | 01:34 PM | 13616872680 |
| 2025-06-24 | 05:12 PM | 16108411097 |

| | | |
|---|---|---|
| 2025-06-25 | 10:44 AM | 16104401694 |
| 2025-06-30 | 03:13 PM | 16104990765 |
| 2025-07-01 | 05:37 PM | 16183280149 |
| 2025-07-04 | 08:05 AM | 14704813288 |
| 2025-07-14 | 06:16 PM | 18782152270 |
| 2025-07-16 | 06:50 PM | 16104770557 |
| 2025-07-16 | 02:06 PM | 18196409850 |
| 2025-07-19 | 02:27 PM | 12673808196 |
| 2025-07-22 | 05:28 PM | 14238228729 |
| 2025-07-29 | 05:44 PM | 13862109823 |
| 2025-07-31 | 12:21 PM | 12136674796 |
| 2025-08-01 | 09:29 AM | 14153589150 |
| 2025-08-03 | 11:20 AM | 18567951560 |
| 2025-08-04 | 10:04 AM | 17812014265 |
| 2025-08-06 | 12:23 PM | 16105107819 |
| 2025-08-07 | 01:27 PM | 16105107819 |
| 2025-08-08 | 11:53 AM | 16105107819 |
| 2025-08-11 | 10:30 AM | 12602990717 |
| 2025-08-14 | 07:05 AM | 16092245662 |
| 2025-08-15 | 01:15 PM | 16108397804 |
| 2025-08-22 | 11:27 AM | 16102603062 |
| 2025-08-26 | 09:45 AM | 16097889024 |
| 2025-08-31 | 04:32 PM | 16098522352 |
| 2025-09-03 | 09:42 AM | 16098224242 |
| 2025-09-03 | 09:49 AM | 18563452500 |
| 2025-09-04 | 02:21 PM | 13023155138 |
| 2025-09-10 | 12:26 PM | 16098493600 |
| 2025-09-11 | 04:45 PM | 16104242260 |
| 2025-09-11 | 10:48 AM | 18786683976 |
| 2025-09-12 | 10:12 AM | 16105429428 |
| 2025-09-13 | 01:25 PM | 16314268524 |
| 2025-09-15 | 11:19 AM | 12703678390 |
| 2025-09-15 | 12:49 PM | 16105025824 |
| 2025-09-16 | 05:20 PM | 16105025820 |
| 2025-09-17 | 10:15 AM | 12702845064 |
| 2025-09-18 | 10:25 AM | 16105429408 |
| 2025-09-19 | 12:14 PM | 16672999902 |
| 2025-09-19 | 06:39 PM | 17134948571 |
| 2025-09-23 | 05:11 PM | 16105429385 |
| 2025-09-23 | 11:13 AM | 16105429407 |
| 2025-09-24 | 02:18 PM | 16105025824 |
| 2025-09-25 | 01:38 PM | 14457371521 |
| 2025-09-25 | 11:19 AM | 16105429417 |
| 2025-09-26 | 02:10 PM | 16105429421 |
| 2025-09-26 | 02:08 PM | 19839838864 |

| | | |
|---|---|---|
| 2025-09-27 | 12:25 PM | 18705141623 |
| 2025-09-29 | 06:11 PM | 16105429421 |
| 2025-09-30 | 10:38 AM | 19519818946 |
| 2025-10-02 | 02:47 PM | 12294584011 |
| 2025-10-06 | 03:55 PM | 12056158724 |
| 2025-10-07 | 01:30 PM | 18148763647 |
| 2025-10-09 | 05:23 PM | 19718997598 |
| 2025-10-10 | 02:48 PM | 13023211840 |
| 2025-10-10 | 05:08 PM | 13126674747 |
| 2025-10-13 | 05:31 PM | 12703968788 |
| 2025-10-14 | 12:16 PM | 19375189247 |
| 2025-10-16 | 01:05 PM | 19854498801 |
| 2025-10-20 | 12:31 PM | 16317478781 |
| 2025-10-20 | 01:53 PM | 19125282057 |
| 2025-10-29 | 06:10 PM | 14849464320 |
| 2025-10-29 | 12:35 PM | 17248192126 |
| 2025-10-31 | 11:44 AM | 14845985151 |
| 2025-11-03 | 05:17 PM | 13109064179 |
| 2025-11-04 | 09:26 AM | 16412501733 |
| 2025-11-04 | 02:32 PM | 19093189674 |
| 2025-11-05 | 01:56 PM | 16038646488 |
| 2025-11-07 | 07:34 PM | 16104241608 |
| 2025-11-08 | 02:14 PM | 14434643382 |
| 2025-11-11 | 03:33 PM | 16038646488 |
| 2025-11-14 | 03:42 PM | 16103532016 |
| 2025-11-14 | 12:21 PM | 16103727182 |
| 2025-11-15 | 11:00 AM | 19419424896 |
| 2025-11-17 | 11:16 AM | 16098493600 |
| 2025-11-19 | 12:55 PM | 16103429863 |
| 2025-11-19 | 12:40 PM | 16103449800 |
| 2025-11-19 | 12:40 PM | 16103449800 |
| 2025-11-21 | 03:06 PM | 15516008140 |
| 2025-11-21 | 01:54 PM | 16103856410 |
| 2025-11-22 | 02:56 PM | 18046815996 |
| 2025-11-25 | 10:53 AM | 16103741502 |
| 2025-11-26 | 04:17 PM | 16103272226 |
| 2025-11-26 | 09:47 AM | 16103693944 |
| 2025-11-28 | 01:17 PM | 16098493600 |
| 2025-12-02 | 09:40 AM | 16103907583 |
| 2025-12-04 | 10:45 AM | 16099270760 |
| 2025-12-09 | 09:37 AM | 12235293879 |
| 2025-12-09 | 11:14 AM | 18564542015 |
| 2025-12-11 | 08:22 AM | 12233888227 |
| 2025-12-15 | 03:38 PM | 16038646488 |
| 2025-12-16 | 05:24 PM | 12702558263 |

| | | |
|---|---|---|
| 2025-12-16 | 12:29 PM | 14704085241 |
| 2025-12-17 | 10:29 AM | 12703968798 |
| 2025-12-19 | 11:36 AM | 16038646488 |
| 2025-12-23 | 12:00 PM | 12233368277 |
| 2025-12-23 | 12:02 PM | 12235000413 |
| 2025-12-29 | 11:04 AM | 16312669928 |
| 2026-01-02 | 02:21 PM | 16098493600 |
| 2026-01-02 | 05:13 PM | 18629996015 |
| 2026-01-05 | 03:10 PM | 14842895606 |
| 2026-01-05 | 04:08 PM | 15403746981 |
| 2026-01-06 | 11:38 AM | 12704289792 |
| 2026-01-08 | 12:45 PM | 14157959864 |
| 2026-01-09 | 03:34 PM | 19736625591 |
| 2026-01-12 | 08:23 AM | 16038646488 |
| 2026-01-13 | 10:36 AM | 17164777205 |
| 2026-01-14 | 01:12 PM | 12703676034 |
| 2026-01-14 | 12:37 PM | 14842479541 |
| 2026-01-15 | 11:31 AM | 16314777138 |
| 2026-01-16 | 05:38 PM | 15167928798 |
| 2026-01-16 | 08:59 AM | 16038646488 |
| 2026-01-16 | 08:59 AM | 16038646488 |
| 2026-01-19 | 12:47 PM | 16098493600 |
| 2026-01-20 | 02:02 PM | 12703975109 |
| 2026-01-20 | 10:59 AM | 14843768381 |
| 2026-01-21 | 09:15 AM | 16098493600 |
| 2026-01-22 | 12:07 PM | 12703739328 |
| 2026-01-23 | 01:46 PM | 12703673941 |
| 2026-01-27 | 11:27 AM EST | 516-942-1112 |
| 2026-01-27 | 12:38 PM | 14843280844 |
| 2026-01-27 | 11:25 AM | 15169421112 |
| 2026-01-28 | 05:31 PM | 12697936982 |
| 2026-01-29 | 11:27 AM EST | 516-942-1660 |
| 2026-01-29 | 11:18 AM | 14842895606 |
| 2026-01-29 | 11:24 AM | 15169421660 |
| 2026-01-30 | 5:11:00 PM | 949-799-6119 |
| 2026-01-30 | 05:11 PM | 19497996119 |
| 2026-02-02 | 11:40:00 AM | 862-212-7217 |
| 2026-02-02 | 09:27 AM | 16105725984 |
| 2026-02-02 | 11:40 AM | 18622127217 |